NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARISA E. DIGGS,**
*Petitioner,*

v.

**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,**
*Respondent.*

---

2010-3193

---

Petition for review of the Merit Systems Protection Board in case no. DC0752090594-I-1.

---

## ON MOTION

---

## O R D E R

Marisa E. Diggs moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 2 0 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Marisa E. Diggs
Matthew H. Solomson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

OCT 2 0 2010

**JAN HORBALY**
**CLERK**